# United States District Court

**RETURN**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 27 AM 11: 24

LORETTA G. WHYTE
CLERK

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

DONALD WILLIAMS

**WARRANT FOR ARREST**

CASE NUMBER: CR 00-212 L

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DONALD WILLIAMS** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment ( ) Information ( ) Complaint ( ) Order of Court ( ) Probation Violation Petition (X) Supervised Release Violation Petition ( ) Violation Notice

charging him or her with Violations of Supervised Release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer
(By) Deputy Clerk

**June 19, 2007   New Orleans, Louisiana**
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/20/07 | Miguel Lopez, C/DUSM | [signature] |