Prob.12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** DONALD WILLIAMS                 **Case Number:** 053L 2:00CR00212-001L

**Name of Sentencing Judicial Officer:** Honorable Eldon E. Fallon

**Offense:** 18 U.S.C. 922(g)(1) Felon in possession of a firearm

**Date of Sentence:** November 22, 2000

**Sentence:** 63 months in the Bureau of Prisons, followed by three years supervised release. A $100.00 special assessment fee was also ordered.

**Special Conditions:**

1. Orientation and life skills
2. Drug treatment
3. Financial disclosure

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** August 04, 2005
**Assistant U.S. Attorney:** Tracey N. Knight       **Defense Attorney:** Robert F. Barnard

---

## PETITIONING THE COURT

[ X ] To issue a warrant                             [  ] To issue a summons

For the arrest of Donald Williams for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | On February 14, 2006, and March 6, 2006, Williams submitted urine specimens to personnel of the U.S. Probation Office that tested positive for marijuana. On March 6, 2006, Williams admitted smoking marijuana prior to submitting both samples, and signed an Acknowledgement of Drug Use form. |
| Standard Condition #2 | Williams failed to submit monthly supervision reports from April 2006, through May 2007. |
| Standard Condition #2 | Williams failed to follow the instructions of the probation officer when directed to report to the probation office on May 8, 2006 at 9:00AM. |
| Standard Conditon #6 | Williams failed to notify the probation officer within seventy-two hours of any change of residence. His current whereabouts are unknown. |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

CUSTODIAL STATUS :

Williams is not in custody at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 25, 2006

Leighton M. Colbert
U.S. Probation Officer

REVIEWED BY:

Stephanie H. Williams
Supervising U. S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

6-19-07
Date

Last reported Address of Offender:    2905 Hollygrove Street
                                       New Orleans, LA 70118

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
  Original       - Clerk's Office
  1 Copy Certified   - U.S. Attorney
  1 Copy Certified   - U.S. Marshal's Office
  2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING




CLERK'S OFFICE
A TRUE COPY
JUN 19 2007
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA