MINUTE ENTRY
MOORE, M.J.
JUNE 29, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO: 00-212

DONALD WILLIAMS                             SECTION "L"

## INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X  DEFENDANT WITH (WITHOUT) COUNSEL
              X  ASSISTANT U.S. ATTORNEY TRACEY KNIGHT—
              X  PROBATION OFFICER  LEIGHTON COLBERT
                 INTERPRETER _____
                                                          SWORN
                 (TIME: _____ .M  to _____ .M)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ  SUMMARIZED  WAIVED

_/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
_/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
_/ BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
_/ DEFENDANT RELEASED ON BOND
_/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
July 9, 2007 at 2:00 p.m.
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
July 2, 2007 at 2:00 p.m.
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE ELDON FALLON

MJSTAR:  :09

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No _____