# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

William T. Walsh
Clerk

RECEIVED
JUN 27 2007
AT 8:30
WILLIAM T. WALSH, CLERK

June 27, 2007

REPLY TO: __

Newark, NJ

Re: U.S.A. -v- Williams
Our Docket No. 07-mj-3090
Your Docket No. CR 00-212L

Dear Clerk:

Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. If applicable, a certified copy of the Appearance Bond is enclosed. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Sincerely,

WILLIAM T. WALSH, Clerk

By: _____
Deputy Clerk
Nadine Mauro

**RECEIPT ACKNOWLEDGED BY:** _____
**DATE:** _____

DNJ-Crim-004(Rev. 09/06)



## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

William T. Walsh
Clerk

RECEIVED
JUN 27 2007
AT 8:30
WILLIAM T WALSH, CLERK

June 27, 2007

REPLY TO: __

Newark, NJ

Re: U.S.A. -v- Williams
Our Docket No. 07-mj-3090
Your Docket No. CR 00-212L

Dear Clerk:

Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. If applicable, a certified copy of the Appearance Bond is enclosed. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Sincerely,

WILLIAM T. WALSH, Clerk

By: _____
Deputy Clerk
Nadine Mauro

**RECEIPT ACKNOWLEDGED BY:** _____
**DATE:** _____

DNJ-Crim-004(Rev. 09/06)

O 442 (Rev.10/03) Warrant for Arrest

# United States District Court
## RETURN

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

DONALD WILLIAMS

WARRANT FOR ARREST

CASE NUMBER: CR 00-212 L

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DONALD WILLIAMS** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint  ( ) Order of Court  ( ) Probation Violation Petition  (X) Supervised Release Violation Petition  ( ) Violation Notice

charging him or her with Violations of Supervised Release

in violation of Title United States Code Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

Signature of Issuing Officer
(By) Deputy Clerk

**CLERK**
Title of Issuing Officer

**June 19, 2007   New Orleans, Louisiana**
Date and Location

Bail fixed at $_____ by _____
Name of Judicial Officer

Pro./12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: DONALD WILLIAMS  Case Number: 053L 2:00CR00212-001L

Name of Sentencing Judicial Officer: Honorable Eldon E. Fallon

Offense: 18 U.S.C. 922(g)(1) Felon in possession of a firearm

Date of Sentence: November 22, 2000

Sentence: 63 months in the Bureau of Prisons, followed by three years supervised release. A $100.00 special assessment fee was also ordered.

Special Conditions:

1. Orientation and life skills
2. Drug treatment
3. Financial disclosure

Type of Supervision: Supervised Release          Date Supervision Commenced: August 04, 2005
Assistant U.S. Attorney: Tracey N. Knight         Defense Attorney: Robert F. Barnard

---

## PETITIONING THE COURT

[ X ] To issue a warrant                          [ ] To issue a summons

For the arrest of Donald Williams for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | On February 14, 2006, and March 6, 2006, Williams submitted urine specimens to personnel of the U.S. Probation Office that tested positive for marijuana. On March 6, 2006, Williams admitted smoking marijuana prior to submitting both samples, and signed an Acknowledgement of Drug Use form. |
| Standard Condition #2 | Williams failed to submit monthly supervision reports from April 2006, through May 2007. |
| Standard Condition #2 | Williams failed to follow the instructions of the probation officer when directed to report to the probation office on May 8, 2006 at 9:00AM. |
| Standard Conditon #6 | Williams failed to notify the probation officer within seventy-two hours of any change of residence. His current whereabouts are unknown. |

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED 11-28-00
LORETTA G. WHYTE    CLERK

UNITED STATES OF AMERICA                                    CRIMINAL ACTION

vs. DONALD WILLIAMS          unknown 1:30           00-212 - L
    2817 Dante Street        (SOC. SEC. NO.)       (CASE NO./SEC.)
    New Orleans, LA 70118

JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government,     Month    Day    Year
the defendant appeared in person on this date --------( NOVEMBER 22, 2000 )

__WITHOUT COUNSEL    However the court advised defendant of right to counsel and asked
                     whether defendant desired to have counsel appointed by the court
                     and the defendant thereupon waived assistance of counsel.

x WITH COUNSEL  Robert Barnard, 501 Magazine St., New Orleans, LA 70130

Court Reporter's Name: O. J. Robert         AUSA: Orelia Merchant
U.S. Probation Officer: Robyn C. Gulledge
PLEA:  X GUILTY, and the court being satisfied      __NOLO CONTENDERE  __NOT GUILTY
       that there is a factual basis for the plea.
                                        (__NOT GUILTY. Defendant is discharged.
There being a finding of
                                        (X GUILTY 9-5-00 as to 1 ct Indictment

Defendant has been convicted as charged of the offense(s) of 18 USC 922(g)(1)
FELON IN POSSESSION OF A FIREARM as charged in the Indictment

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.  The court adjudged
the defendant guilty as charged and convicted and ordered that:  The defendant is hereby
committed to the custody of the Bureau of Prisons to be imprisoned for a term of 63 months as
to count 1.  Upon release from imprisonment, the defendant shall be placed on supervised
release for a term of three years as to count 1.  Within 72 hours of release from the custody
of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the
district to which the defendant is released.  While on supervised release, the defendant shall
comply with the mandatory and standard conditions that have been adopted by this Court, and
shall not possess a firearm.  In addition, the following special conditions are imposed:  1)
The defendant shall provide the probation officer with access to any requested financial
information.  2) The defendant shall participate in a program of orientation and life skills
as directed by the Probation Office.  3) The defendant shall participate in a program of
testing and/or treatment for drug abuse, as directed by the probation officer, until such time
as the defendant is released from the program by the probation officer.  The defendant shall
contribute to the cost of such treatment to the extent that the defendant is deemed capable
by the probation officer.  The Court waives the fine in this case.
IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment
of $100.00   as to Count(s) 1  , for a total assessment of $100.00
IT IS FURTHER ORDERED that the defendant notify the United States Attorney for this District
within 30 days of any change of residence or mailing address until all fines, restitution,
costs and special assessments imposed by this Judgment are fully paid.  In addition to the
special conditions of probation imposed above, IT IS HEREBY ORDERED that the general
conditions of probation/supervised release set out on the reverse side be imposed.

IT IS FURTHER ORDERED:
[ ] The defendant shall pay any fines that remain unpaid at the commencement of the term
    of supervised release.
[ ] The court has determined that the defendant does not have the ability to pay interest.
    The interest requirement is (waived) (modified as follows):

SIGNED BY:
X U.S. DISTRICT JUDGE
                  ELDON E. FALLON
                  (Date) NOVEMBER 22, 2000

CERTIFIED AS A TRUE COPY
ON THIS DATE 11-28-00
BY:
   Deputy Clerk

___Fee
___Process
 X Dkt
___CtRmDep
___Doc.No.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully, all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer within seventy-two hours prior to any change in residence and within seventy-two hours of any change in employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

The court makes the following recommendation to the Bureau of Prisons: that the defendant be incarcerated in a facility where he can receive treatment for drug abuse.

IT IS ORDERED that the Clerk deliver a certified copy of this Judgment and Commitment to the U.S. Marshal or other qualified officer.

### RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this Judgment.

_____
United States Marshal

_____
Deputy Marshal