UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-212 |
| v. | * | SECTION: "L" |
| DONALD WILLIAMS | * | |
| | * * * | |

**RULE TO REVOKE SUPERVISED RELEASE**

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents the following:

I.

On September 5, 2000, in the United States District Court for the Eastern District of Louisiana, defendant, Donald Williams, pled guilty to a violation of Title 18, United States Code, Section 922(g), felon in possession of a firearm.

II.

On November 22, 2000, Donald Williams was sentenced to serve sixty-three months of imprisonment, followed by three (3) years of supervised release upon his release from imprisonment.

In addition to the standard conditions of supervised release, the following special conditions were ordered:

1) Orientation and life skills;

2) Drug treatment; and

3) Financial disclosure.

III.

Donald Williams has violated the terms and conditions of his supervised release as follows:

1) On February 14, 2006, and March 6, 2006, Donald Williams submitted urine specimens to personnel of the U.S. Probation Office that tested positive for marijuana. On March 6, 2006, Donald Williams admitted smoking marijuana prior to submitting both samples, and signed an Acknowledgment of Drug Use Form.

2) Donald Williams failed to submit to monthly supervision reports from April, 2006, through May, 2007.

3) Donald Williams failed to follow the instructions of the probation officer when directed to report to the probation office on May 8, 2006 at 9:00 a.m.

4) Donald Williams failed to notify the probation officer within seventy-two (72) hours of any change of residence. His current whereabouts are unknown.

**WHEREFORE**, the Government prays that Donald Williams be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause before this Court why supervised release which began on August 4, 2005, should not be revoked for his failure to abide by the terms of said supervised release.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

s/Tracey N. Knight
TRACEY N. KNIGHT [23165]
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana  70130
Telephone:  (504) 680-3080

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filling to all defense counsel of record.

s/Tracey N. Knight
TRACEY N. KNIGHT
Assistant United States Attorney