FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 16 PM 12: 30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-212 |
| v. | * | SECTION: "L" |
| DONALD WILLIAMS | * | |

\* \* \*

**ORDER**

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that Donald Williams appear before this Court on the 1st day of August, 2007, at 2:00 pm to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this 12th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE