MINUTE ENTRY
FALLON, J.
AUGUST 1, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-212 |
| DONALD WILLIAMS | SECTION: L |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Jodi Simcox

Appearances: AUSA Siva Sudaram for government
             FPD Virginia Schleuter for defendant
             Probation Officer

---

RULE TO REVOKE SUPERVISED RELEASE:

The defendant is present.

See:  Order Revoking Supervise Release.

Defendant is remanded to the custody of the U.S. Marshal.

JS-10:   :12