UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NO. 00-212

DONALD WILLIAMS                         SECTION: L


ORDER REVOKING SUPERVISED RELEASE

On August 1, 2007, this matter came on before the Court on a Rule to Revoke Supervised Release. The government was represented by Assistant United States Attorney Siva Sudaram. The defendant, Donald Williams, appeared in person, and was represented by his attorney, Virginia Schleuter.

The defendant did not contest the nature of the allegations in said Rule. The Court entered a finding that the defendant had violated the terms under which he was placed on supervised release. Accordingly,

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant's term of supervised release imposed on November 22, 2000, is REVOKED and the defendant is committed to the custody of the Bureau of Prisons for a period of eight (8) months as to count 1 with credit for time served. Upon release from imprisonment, the defendant shall be placed on

supervised release for a term of twenty-two (22) months as to count 1. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall comply with the mandatory and standard conditions that have been adopted by this Court, and shall not possess a firearm.

In addition, the following special conditions are imposed:
1) The defendant shall participate in a program of testing and/or treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall contribute to the cost of such treatment to the extent that the defendant is deemed capable by the probation officer.
2) The defendant shall obtain his Graduate Equivalent Diploma (GED).

IT IS FURTHER ORDERED that the Clerk deliver a certified copy of this Order to the U. S. Marshal or other qualified officer, and that the same shall serve as the commitment herein.

New Orleans, Louisiana, this 6th day of August, 2007.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**